IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-00093-MSK-KMT

JENNIFER POLHEMUS,

    Plaintiff,

v.

GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY, a Colorado corporation,

    Defendant.

## ORDER ADMINISTRATIVELY CLOSING CASE

THIS MATTER is before the Court on the Parties' Stipulated Notification of Settlement and Request to Hold Pending Motions in Abeyance **(#88)**. The parties represent that they have resolved all issues in this action and will file a stipulation of dismissal within two weeks. Accordingly, it is **ORDERED** that the Clerk of Court shall administratively close this action, pending the parties' filing of a stipulation of dismissal.

Dated this 11th day of December, 2009

                                                  **BY THE COURT:**

                                                  Marcia S. Krieger
                                                  United States District Judge